**Jeffrey M. YOUNG–BEY,
Plaintiff–Appellant,**

v.

**Sergeant A. WHITACRE; M. Stallings,
CO. II; Warden Bobby Shearin,
Defendants–Appellees.**

No. 13–6838.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 22, 2013.

Decided: Oct. 24, 2013.

Jeffrey Maurice Young–Bey, Appellant pro se. Sara W. Rice, Office of Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Maurice Young–Bey appeals the district court's order denying relief on Young–Bey's 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*